IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SMITH, | : CIVIL ACTION NO. 1:22-CV-844 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| MATTHEW JURNAK, *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 22nd day of March, 2024, upon review of the amended complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's claims against all defendants other than defendant Jurnak are DISMISSED without prejudice to plaintiff's right to pursue the claims through the filing of separate lawsuits.

2. Plaintiff's retaliation claim against defendant Jurnak is DISMISSED without prejudice.

3. Plaintiff may file a second amended complaint on or before **April 22, 2024**, which shall be **limited** to the claim that defendant Jurnak retaliated against plaintiff by denying him access to SCI-Waymart's law library prior to May 19, 2022. Any second amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Second Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure.

4.  If plaintiff does not file a second amended complaint by the above date, this case shall be dismissed without further leave to amend for the reasons stated in the accompanying memorandum.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania